

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ALEJANDRO CHUQUI MAYANCELA, | Case No.:  26-cv-4310-RSH-DDL |
| Petitioner, | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| SIXTO MARRERO, Warden, Imperial Regional Detention Center, et al., | |
| Respondents. | |

On July 28, 2026, petitioner Jonathan Alejandro Chuqui Mayancela filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner contends that the revocation of his immigration release, and his subsequent immigration detention without a bond hearing, violate the due process clause and the Immigration and Nationality Act. *Id.* ¶¶ 6, 24-38. Petitioner requests his release from custody. *Id.* at 8. On August 3, 2026, Respondents filed a return stating that they "do[] not oppose the petition and defer[] to the Court on the appropriate relief." ECF No. 4 at 2. Petitioner filed a traverse on August 10, 2026. ECF No. 5.

//

1

26-cv-4310-RSH-DDL

Accordingly, the Petition is **GRANTED** as follows. The government is directed to release petitioner Jonathan Alejandro Chuqui Mayancela within *one business day of the date of this order*, subject to the terms of his prior release. This order does not constrain Respondents' ability to impose or modify appropriate conditions of release. To the extent Petitioner seeks to recover his attorneys' fees, he must do so through a noticed motion filed consistent with the Civil Local Rules of this district as well as the undersigned's pretrial civil procedures.

**IT IS SO ORDERED**.

Dated: August 12, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-4310-RSH-DDL